FILED - GR
November 6, 2023 10:26 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 11/6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1:23-cv-1181

Hala Y. Jarbou
Chief U.S. District Judge

ANTHONY CHANEY.
    Plaintiff,

Vs.                        Civil Action No.        CZ
                                Hon.

DIANA PATCH
    Defendants,

Anthony Chaney
188 Elberdene St.
Holland,MI 49424
(616)877-6163
amchaney951@hotmail.com
Plaintiff

### COMPLAINT

Now comes Plaintiff, Anthony Chaney, say unto this Honorable Court as follows: That this Complaint regarding the Defendant threatened to take the life, road rage, hate crime against the Plaintiff.

1

## PARTIES, JURISDICTION, AND VENUE

1. That Plaintiff, Anthony Chaney is an individual residing in the city of Holland, county of Ottawa, state of Michigan.

2. That Defendant, Diana Patch, is an individual residing in the city of Holland, county of Ottawa, state of Michigan.

3. That the events of the cause of action took place in the city of Holland, county of Ottawa, State of Michigan.

4. That the amount in controversy is in excess of $ 800,000,00, thus, jurisdiction and venue Is proper before this Honorable Court.

## COMMON FACTUAL ALLEGATION

5. That Plaintiff, Anthony Chaney, and Defendant, Diana Patch, are both residents, in Holland, Michigan.

6. That on, August 17,2023 Diana Patch was driving towards the Plaintiff. Diana Patch vehicle kind of swerved at Plaintiff causing Anthony Chaney to stop his vehicle.

7. That Diana Patch began to yell at Plaintiff accusing him of lying in Court about chopping up cats. Plaintiff as told Diana Patch she lied as well about using racial slurs towards him during a defamation lawsuit.

8. That Diana Patch stated to Plaintiff that she is not a racist and has more black friends than the Plaintiff. The Plaintiff stated back he heard she had more dark meat than Kentucky Fried Chicken.

9. That Diana Patch got mad and pulled out kitchen knife, pointed the knife at the Plaintiff and said I'm going to kill you fucking nigger.

10. That is so doing, Defendant made life threatening statements regarding taken away . Plaintiff life and also committed road rage acts putting Plaintiff life in bodily harm or death.

11. That Plaintiff contacted Ottawa County Sheriff's office to filed a complaint regard the The Defendant threatened his life on the same date of events August 17,2023.

2

12. That on or about September 14,2023 Plaintiff petition Ottawa County 20th Judicial Circuit Court for a PPO against the Defendant Diana Patch.

13. That as a result of the same, Plaintiff has suffered damages and emotional distress in an excess of $800,000,00

## COUNT I
## THREATENING

14. Plaintiff hereby restates the allegations contained in paragraphs 1 through 12 as if fully Restated herein.

15. That on date of August 17,2023 Diana Patch threatened to kill Plaintiff Anthony Chaney.

16. That on date of August 17,2023 Diana Patch threatened Plaintiff Anthony Chaney to do bodily harm.

17. That on date of August 17,2023 Defendant threatened to take Plaintiff life with a knife in her hand.

18. That Defendant statement was intentional to provoke the Plaintiff.

19. That Defendant statement was done so with malice to deliberately and intentionally cause Plaintiff harm.

20. That not only did Defendant act negligently in doing so,but, she also did so with actual malice.

21. That Defendant is not protected by any privilege that would allow her to make such statements to Plaintiff.

22. That prior to filing this lawsuit, Plaintiff sended the Defendant a Letter of Intent to Sue.

23. That Defendant failed to respond back to the Plaintiff Letter of Intent to Sue.

3

Wherefore, Plaintiff, Anthony Chaney, hereby prays this Honorable Court enter a judgment in his favor and against the Defendant, Diana Patch, as follows:

A. Order Plaintiff receive compensation damages, including the total amount of losses suffered and sustained;

B. Award Plaintiff exemplary damages and other relief that the Court may deem appropriate;

C. Award costs necessitated in having to file this lawsuit as a direct result of Defendant's actions;

## COUNT II
## ROAD RAGE

24. Plaintiff hereby restates the allegations contained in paragraphs 1- 23 as if fully restated herein.

25. The Plaintiff, could have received bodily injuries or died, due to the Defendant's road rage actions on August 17,2023.

26. That, as such, there are public records of such incidents.

27. That as a result of Defendant actions, Plaintiff suffered damages and emotional distress in an amount in excess of $800,000,00 .

Wherefore, Plaintiff, Anthony Chaney, hereby prays this Honorable Court enter a judgment in his favor and against Defendant Diana Patch, in an amount in excess of $ 800,000,00 , plus cost, interest.

4

## COUNT III
## HATE CRIME

28. Plaintiff hereby restates the allegations contained in paragraphs 1 through 27 as if fully restated herein.

29. The Defendant Diana Patch stated to the Plaintiff that I am going to kill you fucking nigger to show part of her hate.

30. The Defendant Diana Patch pointed a knife and threatened to kill the Plaintiff to show part of her hate.

31. The Defendant Diana Patch drove her car in a road rage way to show part of her hate.

32. That as a result of same Plaintiff suffered damages and emotional distress in an amount in excess of $ 800,000,00.

   A. Order Plaintiff receive compensatory damages, including the total amount of losses suffered and sustained;

   B. Award Plaintiff exemplary damages and other relief that the Court may deem appropriate;

   C. Award cost necessitated in having to file this lawsuit as a direct result of Defendant's actions;

JURY DEMAND

The Plaintiff hereby demands trial by jury on all issues triable as such in accordance with Fed. R. Civ. P. 38

Respectfully submitted,
Anthony Chaney

*Anthony Chaney*

Dated: November 6, 2023

Plaintiff

Anthony Chaney
188 Elberdene St.
Holland, MI 49424
(616) 877-6163
amchaney951@hotmail.com