UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CHANEY,

    Plaintiff,

v.

    Case No. 1:23-cv-1181

    Hon. Hala Y. Jarbou

DIANA PATCH,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: December 21, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE